UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, CHIEF JUDGE

---

| | |
|---|---|
| DANZE, INC., & GERBER PLUMBING FIXTURES LLC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Consol. Court No. 15-33 <br> and the cases identified in the schedule attached hereto |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this consolidated action and those actions listed on the attached schedule hereby dismisses this consolidated action and those listed on the attached schedule, with prejudice.

Respectfully submitted,

/s/ John M. Peterson
John M. Peterson
Patrick B. Klein
NEVILLE PETERSON LLP
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212)-635-2730
jpeterson@npwny.com
*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Edward Kenny
EDWARD KENNY
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-9237
*Attorneys for Defendant*

Dated: April 29, 2021

Schedule to Stipulation of Dismissal Re: Consol. Court No. 15-0033

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 13-00379 | Gerber Plumbing Fixtures LLC | | |
| 13-00382 | Gerber Plumbing Fixtures LLC | | |
| 13-00383 | Gerber Plumbing Fixtures LLC | | |
| 14-00177 | Gerber Plumbing Fixtures LLC | | |
| 14-00324 | Gerber Plumbing Fixtures LLC | | |
| 15-0211 | Gerber Plumbing Fixtures LLC | | |

## Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed with prejudice.

Dated: April 30, 2021                    Clerk, U. S. Court of International Trade

By: /S/        Geoffrey Goell
            Deputy Clerk